UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

Civil Action No. 1:05-cv-10324

|  |  |
|---|---|
| JAY ODUNUKWE, ESQ.<br>    Plaintiff,<br><br>v.<br><br>FLEET BANK BOSTON,<br>    Defendant. | **DEFENDANT'S MOTION FOR<br>MORE DEFINITE STATEMENT** |

  Pursuant to Rule 12(e) of the Rules of Civil Procedure, defendant Bank of America, erroneously named "Fleet Bank Boston" hereby moves this Court to order plaintiff to set forth his causes of action in the captioned complaint. The reasons for this motion are set forth in the accompanying Memorandum in Support of Defendant's Motion for More Definite Statement.

  For the reasons set forth above and in the accompanying memorandum, defendant asks this Court to order plaintiff to filed an amended complaint which sets forth the legal bases and specific causes of action upon which he bases his claim for relief.

BANK OF AMERICA., erroneously named
FLEET BANK BOSTON
By its Attorneys,

  /s/ Carol E. Kamm
Donn A. Randall, BBO# 631590
Carol E. Kamm, BBO # 559252
Bulkley, Richardson, and Gelinas LLP
One Post Office Squire, Suite 3700
Boston, Massachusetts 02109
Telephone: (617) 368-250
Facsimile: (617) 368-2525

Dated: March 1, 2005

- 2 -

<u>Certificate of Compliance with Local Rule 7.1 (A)(2)</u>

I hereby certify that I conferred with plaintiff's counsel by telephone on February 28, 2005 and March 1, 2005 and have attempted in good faith to resolve or narrow the issues raised by this motion.

/s/ Carol E. Kamm
Carol E. Kamm

(#290422)