UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

Civil Action No. 1:05-cv-10324NMG

| | |
|---|---|
| JAY ODUNUKWE, ESQ.<br>   Plaintiff,<br><br>v.<br><br>FLEET BANK BOSTON,<br>   Defendant. | **MOTION FOR LEAVE**<br>**TO FILE REPLY TO**<br>**PLAINTIFF'S OPPOSITION TO**<br>**DEFENDANT'S MOTION FOR**<br>**MORE DEFINITE STATEMENT** |

The defendant Fleet Bank Boston (*sic*) hereby moves for leave to file a Reply to plaintiff's Opposition to Motion for More Definite Statement ("Opposition"). The proposed Reply is submitted with this Motion. As reasons therefore, defendant states that plaintiff's Opposition asserts that defendant ignored precedent and requests attorneys fees. Defendant seeks in the accompanying Reply to respond to these assertions.

For the reasons set forth in the Reply and in the Motion for More Definite Statement, the defendant asks this Court to grant its Motion and to deny plaintiff's request for attorneys fees.

                BANK OF AMERICA., erroneously named
                FLEET BANK BOSTON
                By its Attorneys,

                 /s/ Carol E. Kamm
                Donn A. Randall, BBO# 631590
                Carol E. Kamm, BBO # 559252
                Bulkley, Richardson, and Gelinas LLP
                One Post Office Squire, Suite 3700
                Boston, Massachusetts 02109
                Telephone: (617) 368-250
Dated: March 14, 2005         Facsimile: (617) 368-2525

2

Certificate of Compliance with Local Rule 7.1 (A)(2)

      I hereby certify that I conferred with plaintiff's counsel and have attempted in good faith to resolve or narrow the issues raised by this motion. I spoke with plaintiff's counsel by telephone on March 10, 2005 and asked if he would assent to the within motion for leave to file reply. He told me he would have to ask his client. On Friday, March 11, 2005, plaintiff's counsel left me a voice mail message in which he asked me to fax him a copy of the proposed Reply. The proposed Reply was faxed to him on Friday, March 11, 2005, with a request that he let me know on March 11, 2005, if possible, whether he would assent to the motion. On Monday, March 14, 2005, I left a voice mail message for plaintiff's counsel, asking him to let my office know by noon whether he would assent to the motion. As of the time of the filing of this motion, I have not heard from plaintiff's counsel regarding whether he will assent to this motion.

                                    /s/ Carol E. Kamm_____
                                    Carol E. Kamm