UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL NO. 1:05-CV-10324

JAY ODUNUKWE, ESQ.  )
    PLAINTIFF  )
  )
V.  )
  )
FLEET BANK BOSTON,  )
    DEFENDANT  )
  )

## Affidavit of Plaintiff

Then appeared the plaintiff and swore and affirmed as follows:

1. I am the Plaintiff in the above-entitled complaint: I was born in Nigeria and now am an African-American lawyer.

2. On May 14, 2002, I went to the Medway Fleet bank located at 108 Main Street in Medway Massachusetts to make a bank transaction. When I entered the bank at approximately 11:45am, the bank was open for business. I have been a Fleet bank customer for many years prior to the incident on May 14, 2002.

3. I joined the line of customers waiting to transact some business in the bank. When I got to a teller window, I presented to the teller a check for $1,100 drawn on Fleet bank, made out in my name and endorsed by me. I also presented a valid Massachusetts driver's license and a valid American Express credit card to the teller.

4. The teller took the check and my identification cards, looked at them and pushed them back to me saying they are inadequate and that I will not be served. I asked her what constitutes adequate identification and she said; a government issued identification with a picture or a passport and a major credit card. I told her that my Massachusetts driver's license qualified as a government issued identification and the American Express credit card is a major credit card.

5.  The teller then raising her voice told me that she will not accept my identification cards and that I should leave.

6.  I told her that I will not leave since I had valid and proper identification. She still refused to attend to me.

7.  I reached into my wallet and produced a third identification; my Suffolk university alumni identification with my picture on it. The teller looked at it and said that it is not acceptable and only good at Suffolk University. She then told me in a loud voice to leave and that I will not be served.

8.  Totally surprised and embarrassed, I requested to speak to the Manager.

9.  The manager came over to the teller's window, glanced at my check and my identification cards, said something to the teller, then pushed the check and my Massachusetts driver's license, American Express credit card and Suffolk University identifications back to me and said that they are unacceptable. The manager told me that I will not be served and that I should leave the bank.

10. I asked the manager why my identification cards are unacceptable and she simply told me to leave. I informed her that I will not leave since I presented valid identification cards as required by law. I again requested to be served.

11. The manager then told me to leave the bank and that I will be forcibly evicted if I did not leave. I did not move.

12. While all this was taking place, there was a long line of customers in the bank. I felt totally humiliated, embarrassed, disgraced. I was made to feel totally worthless.

13. The manager then took the check and my identification cards and placed them on a vacant teller window and told me to step away from the teller window.

14. I stepped away from the teller window and went to the side. A few moments later the manager called me into her office.

15. Inside her office, she went to her desk, sat down, picked up the phone and made a quick phone call and then dropped the phone.

16. She gave me back my check and identification cards and said that I will not be served and that I must leave the bank and should I refuse to leave that I will be forcibly removed.

17. I again asked for an explanation to figure out what is going on but the manager simply stated that my identification cards were inadequate. I asked how it is possible that my driver's license and American Express credit card were inadequate when that is all that is required by law.

18. I told her that what the bank had done to me is wrong, unfair and illegal. I told her that I was totally humiliated and disgraced in front of a lot of people for no reason. I told her that it is very obvious that I was the only black customer in the bank and that they have succeeded in discriminating against me. I told her that I will file a complaint against the bank with Fleet Bank Management.

19. She ordered me to leave her office and the bank. I got up and left.

20. I was totally distraught and in shock as I left the bank and headed to my car. Upon regaining my composure, I drove to another Fleet Bank located in Medfield Massachusetts about two miles away.

21. At the Medfield Fleet bank, I presented the same Massachusetts driver's license, American Express credit card and check to the teller. The teller cashed my check after reviewing my identification cards and also accepted my deposit.

22. My experience at the Medway Fleet bank was totally uncalled for and illegal. I was disgraced and humiliated; I was made to feel worthless. I felt completely inadequate and distressed.

23. There is no lawful justification whatsoever for the inhuman and discriminatory treatment I was subjected to and received at Fleet bank in Medfield, Massachusetts.

24. When I got home, I called Fleet Bank toll free customer service number to file a complaint. I was informed by the customer service representative who answered the phone that I should write my complaint and mail it to Fleet customer service department in Pennsylvania.

25. I wrote a detailed complaint to Fleet Customer Service and requested an investigation and an apology.

26. I went ahead and filed a complaint with MCAD when Fleet Bank Management failed to address the issues I raised in my complaint.

27. The treatment and humiliation I received at the Medway Fleet bank caused me so much pain, anguish and distress to say the least. It was a life changing experience and a tremendous negative impact on my life including sleep loss, anxiety and weight loss.

Signed under the pains and penalties of perjury.

_____
JAY ODUNUKWE

June 6, 2005