UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL NO. 1:05-CV-10324

JAY ODUNUKWE, ESQ. )
    PLAINTIFF )
)
V. )
)
FLEET BANK BOSTON, )
    DEFENDANT )
)

## Plaintiff's Motion for Partial Summary Judgment for Liability under 42 U.S.C. §§ 1981

There are no material facts in controversy in connection with the violation of Title II of the Civil Rights Act of 1964, 42 U.S.C. §§ 1981, et seq. and discovery took place in this case at the administrative level. "A fact is material if it carries with it the potential to affect the outcome of the suit under the applicable law." *One Nat'l Bank v. Antonellis*, 80 F.3d 606, 608 (1st Cir. 1996) (citation and internal quotation marks omitted).

Therefore, the court should allow the motion for summary judgment on liability under section 1981.

Respectfully submitted,

*Robert O. Berger*
Robert O. Berger, Esq.
11 Beacon Street, Suite 1210
Boston, MA 02108
617-423-7575
BBO# 038900

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on June 7, 2005.

*Robert O.*