UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

Civil Action No. 1:05-cv-10324NMG

|  |  |
|---|---|
| JAY ODUNUKWE, ESQ.<br>   Plaintiff,<br><br>  v.<br>FLEET BANK BOSTON,<br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CROSS-MOTION OF DEFENDANT FLEET BANK BOSTON (SIC) FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendant Fleet Bank Boston (*sic*) ("Fleet") hereby cross-moves for summary judgment. Fleet believes that summary judgment should be granted in its favor, and that Plaintiff's Motion for Partial Summary Judgment on Liability under 42 U.S.C.§1981 should be denied, because plaintiff has failed to demonstrate that there is a genuine issue of fact regarding an essential element of his claim, namely that he was discriminated against because of his race.

In support of this Cross-Motion of Defendant Fleet Bank Boston *(sic)* for Summary Judgment ("Fleet's Cross-Motion for Summary Judgment"), Fleet files a Memorandum in Support of Cross-Motion of Defendant Fleet Bank Boston *(sic)* and an Affidavit of Carol E. Kamm. For the reasons set forth in these documents, and in the Opposition of Defendant Fleet Bank Boston *(sic)* to Plaintiff's Motion for Partial Summary Judgment on Liability under 42 U.S.C.§1981, Fleet asks this Court to grant

Fleet's Cross-Motion for Summary Judgment and to dismiss plaintiff's complaint with prejudice.

### Request for Oral Argument

Fleet believes that oral argument may be of assistance to the Court and hereby requests that a hearing be scheduled for this motion.

|  |  |
|---|---|
|  | BANK OF AMERICA., erroneously named FLEET BANK BOSTON<br>By its Attorneys, |
|  | /s/ Carol E. Kamm<br>Donn A. Randall, BBO# 631590<br>Carol E. Kamm, BBO # 559252<br>Bulkley, Richardson, and Gelinas LLP<br>One Post Office Squire, Suite 3700<br>Boston, Massachusetts 02109<br>Telephone:  (617) 368-250 |
| Dated:  June 21, 2005 | Facsimile:  (617) 368-2525 |

Certificate of Compliance with Local Rule 7.1

Pursuant to Local Rule 7.1(A)(2), I hereby certify that on June 21, 2005, I conferred with counsel for plaintiff and attempted in good faith to resolve or narrow the issues presented in this motion.

 /s/ Carol E. Kamm
Carol E. Kamm

(doc. # 300897)