UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

Civil Action No. 1:05-cv-10324NMG

JAY ODUNUKWE, ESQ. )
          Plaintiff, )
)
v. )
)
FLEET BANK BOSTON, )
          Defendant. )
)

## CERTIFICATION OF DEFENDANT AND ITS COUNSEL PURSUANT TO LOCAL RULE 16.1(d)(3)

The defendant, Fleet Bank Boston (*sic*) ("Fleet"), and its counsel, Bulkley, Richardson and Gelinas, LLP, hereby certify that, pursuant to Local Rule 16.1(d)(3) of the United States District Court for the District of Massachusetts, they have conferred regarding the following matters:

(a) the establishment of a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b) the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Date: August 9, 2005

                                              BANK OF AMERICA., erroneously named FLEET BANK BOSTON
                                              By:

_____
Donn A. Randall, Esq., BBO# 631590
Carol E. Kamm, Esq., BBO# 559252
Bulkley, Richardson and Gelinas, LLP
One Post Office Square, Suite 3700
Boston, MA 02109
Tel: (617) 368-2500
Fax: (617) 368-2525

                                              _____
                                              George J. Sukatos, Esq.

(doc.#305032)