UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL NO. 1:05-CV-10324 *NMG*

| | |
|---|---|
| JAY ODUNUKWE, ESQ.  )<br>PLAINTIFF  )<br>  )<br>V.  )<br>  )<br>FLEET BANK BOSTON,  )<br>DEFENDANT  )<br>_____ ) | **USMS SCREENED** |

## PLAINTIFF'S PROPOSED SCHEDULING ORDER

The plaintiff agrees with the proposed scheduling order of defendant, except that the order of automatic discovery be entered forthwith in accordance with Local Rule 26.

Respectfully submitted,

*[signature]*
Robert O. Berger, Esq.
11 Beacon Street, Suite 1210
Boston, MA 02108
(617) 423-7575
BBO #: 038900
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 8/12/05
*[signature]*

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL NO. 1:05-CV-10324

JAY ODUNUKWE, ESQ.     )
    PLAINTIFF          )
                       )
V.                     )
                       )
FLEET BANK BOSTON,     )
    DEFENDANT          )
_____)

## CERTIFICATE

The plaintiff is an individual, who resides in Suffolk County, Massachusetts, and he has been advised regarding a budget and alternative means of resolution of the case.

Respectfully submitted,

_____
Robert O. Berger, Esq.
11 Beacon Street, Suite 1210
Boston, MA 02108
(617) 423-7575
BBO #: 038900
Attorney for Plaintiff

_____
Jay Odunukwe, Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 8/12/05.

_____