# United States District Court
# District of Massachusetts

JAY ODUNUKWE,
       Plaintiff,

v.                                   CIVIL ACTION NO. 2005-10324-NMG

FLEET BANK BOSTON,
       Defendant.

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION TO JUDGE

COLLINGS, U.S.M.J.

On February 22, 2006, I held the following ADR proceeding:

\_\_\_\_\_ EARLY NEUTRAL EVALUATION    __X__ MEDIATION

\_\_\_\_\_ MINI-TRIAL                         \_\_\_\_\_ SUMMARY JURY TRIAL

\_\_\_\_\_ SETTLEMENT CONFERENCE

[X]    Further attempts to settle this case at this time would not be productive; the case should be returned to your trial list.

February 22, 2006                         *Robert B. Collings*
    DATE                                 ROBERT B. COLLINGS
                                              United States Magistrate Judge

Copy to:    Judge Gorton
                  Rebecca Tyler, Esquire
                  Counsel for all parties.