UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

Civil Action No. 1:05-cv-10324NMG

|  |  |
|---|---|
| JAY ODUNUKWE, ESQ. <br>         Plaintiff, <br><br> v. <br><br> BANK OF AMERICA <br>         Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## RENEWED MOTION OF DEFENDANT BANK OF AMERICA FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendant Bank of America ("Fleet")[1] hereby renews its motion for summary judgment. Fleet believes that summary judgment should be granted in its favor on all counts in plaintiff's Amended Complaint and Jury Trial Demand, because plaintiff has failed to demonstrate that there is a genuine issue of fact regarding an essential element of his claims, namely that he was discriminated against because of his race.

In support of this Renewed Motion of Defendant Bank of America for Summary Judgment, Fleet files the following documents: (1) Memorandum in Support of Renewed Motion of Defendant Bank of America for Summary Judgment; (2) Defendant Bank of America's Rule 56.1 Statement of Material Facts as to Which There is No Genuine Issue to be Tried, and (3) Affidavit of Carol E. Kamm. For the reasons set forth in these documents, Fleet asks this Court to grant Fleet's Renewed Motion for Summary

---

[1] The incident at issue took place at a branch of Fleet National Bank, which has since merged with Bank of America. As the actions of a Fleet branch are at issue in this case, the defendant in this case will be referred to as "Fleet."

Judgment and to dismiss plaintiff's Amended Complaint and Jury Trial Demand with prejudice.

**Request for Oral Argument**

Fleet believes that oral argument may be of assistance to the Court and hereby requests that a hearing be scheduled for this motion.

                                        BANK OF AMERICA, N.A.
                                      By its Attorneys,

                                      /s/ Carol E. Kamm
                                      Donn A. Randall, BBO# 631590
                                      Carol E. Kamm, BBO # 559252
                                      Bulkley, Richardson, and Gelinas LLP
                                      One Post Office Squire, Suite 3700
                                      Boston, Massachusetts 02109
                                      Telephone: (617) 368-250

Dated: May 15, 2006              Facsimile: (617) 368-2525

Certificate of Compliance with Local Rule 7.1

Pursuant to Local Rule 7.1(A)(2), I hereby certify that on May 15, 2006, I conferred with counsel for plaintiff and attempted in good faith to resolve or narrow the issues presented in this motion.

                                      /s/ Carol E. Kamm
                                      Carol E. Kamm

(doc. # 389355)