UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL NO. 1:05-CV-10324

JAY ODUNUKWE, ESQ.    )
    PLAINTIFF         )
                          )
V.                    )
                          )
FLEET BANK BOSTON,    )
    DEFENDANT         )
                          )

## **AFFIDAVIT OF JOY I. ODUNUKWE**

Then appeared Joy Odunukwe and swore and affirm as follows:

1. My name is Joy Odunukwe.

2. I reside at 9 Fieldmont Street, Hyde Park, MA 02136.

3. I have a Doctorate Degree in Pharmacy from the Massachusetts College of Pharmacy in Boston.

4. I am employed as a Pharmacist at Boston Medical Center.

5. On May 14, 2002, I issued a check from my Fleet Bank account in the amount of $1,100 to Jay U. Odunukwe (my brother). I also gave Jay Odunukwe a check to deposit for me at Fleet Bank into my account.

6. I was at home on May 14, 2002 since I did not go to work on that day.

7. When Jay Odunukwe came back to the house later that afternoon, he informed me that Fleet Bank in Medfield refused to serve him and did not cash his check.

8. I was in the house when he left and when he came back, he appeared very despondent, withdrawn and distressed.

9. I did not talk to anyone from Fleet Bank on May 14, 2002 and no one from the bank called me.

Signed under the pains and penalties of perjury.

JOY I ODUNUKWE

May 5, 2006