LAW OFFICES OF

# ROBERT O. BERGER

11 BEACON STREET, SUITE 1210
BOSTON, MASSACHUSETTS 02108
TEL (617) 423-7575
FAX (617) 275-8000

ROBERT O. BERGER
ROBERTBERGERR@AOL.COM

CHRISTINA KIM, PARALEGAL
CJKIM.BOSTON@GMAIL.COM

July 26, 2006

Craig Nicewicz, Courtroom Clerk
U.S. District Court
   for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re:   *Jay Odunukwe, Esq.*
v.   *Fleet Bank Boston*
     U.S. District Court
     Civil Action No.: 1:05CV10324NMG

Dear Mr. Nicewicz:

    Confirming our telephone conversation of this date, the Pretrial Conference scheduled for August 17, 2006 has been continued to September 6, 2006 at 3:30 p.m. by mutual agreement of the parties.

    Thank you for your attention to this matter.

Sincerely,

Robert O. Berger, Esq.

ROB/cjk
cc: Carol Kamm, Esq.