UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Jay Odunukwe,
        Plaintiff,

v.

CIVIL ACTION
No. 05-10324-NMG

Bank of America Corporation,
        Defendant,

<u>ORDER OF RECUSAL</u>

<u>GORTON, D.J.</u>

    Because Judge Gorton owns a number of shares of stock of Bank of America Corporation and has only recently been alerted to a conflict by reference to his conflict checking report, he hereby recuses himself from this case.

    When this case was filed the named defendant was "Fleet Bank Boston" and when the current defendant acquired its stock and/or assets and subsequently removed the case to this court, it did not move to amend the case caption and the proper defendant was not properly recorded in the docketing system. In any event, the Court regrets any inconvenience caused by this late recusal. The case will be redrawn to another district judge in the Eastern Division.

BY ORDER OF THE COURT,

_____
Deputy Clerk

Dated: 8/17/06