UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

Civil Action No. 1:05-cv-10324NMG

|  |  |
|---|---|
| JAY ODUNUKWE, ESQ.<br>　　　　　Plaintiff,<br><br>　　v.<br>BANK OF AMERICA,<br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S RULE 26(a)(3) PRETRIAL DISCLOSURES**

Pursuant to Federal Rule of Civil Procedure 26(a)(3) and Local Rule 16.5(C), defendant Bank of America hereby submits its pretrial disclosures as follows:

(A)　The name and, if not previously provided the address and telephone number of each witness, separately identifying those whom the party expects to present and those whom the party may call if the need arises: See attached "Schedule A;

(B)　The designation of those witnesses whose testimony is expected to be presented by means of a deposition and, if not taken stenographically, a transcript of the pertinent portions of the deposition testimony: None expected at this time.

(C) An appropriate identification of each document or other exhibit, including summaries of other evidence, separately identifying those which the party expects to offer and those which the party may offer if the need arises:  See attached Schedule B.

Defendant<br>
BANK OF AMERICA,<br>
By its Attorneys,<br>
<br>
/s/ Carol E. Kamm<br>
Donn A. Randall, BBO# 631590<br>
Carol E. Kamm, BBO # 559252<br>
Bulkley, Richardson, and Gelinas LLP<br>
One Post Office Squire, Suite 3700<br>
Boston, Massachusetts 02109<br>
Tel:  (617) 368-2500<br>
Facsimile:  (617) 368-2525

Dated:  November 9, 2006

## Certificate of Service

I hereby certify that a true copy of the above document was served electronically upon the attorney of record for each party on November 9, 2006.

/s/ Carol E. Kamm
Carol E. Kamm

**SCHEDULE A**

    Bank of America expects to present the following witnesses:

1. Jay Odunukwe
   10 Kristin Court
   Hyde Park, MA

2. Marybeth Nance (formerly Marybeth McHardy)
   c/o Bank of America Premier Banking
   9000 Southside Blvd
   Jacksonville, Florida
   (904) 665-9530

3. Jean Brennan
   9 George Street
   Mendon, MA 01756
   (508) 478-2160

4. Pamela Martin
   c/o Bank of America
   478 Main St.
   Medfield , MA 02052
   (508) 359-6703

5. Orfalina El-Alam
   11 Grandfield Avenue
   Roslindale, MA  02131
   (617) 327-8616

6. Paula Curtis
   c/o Bank of America
   108 Main Street
   Medway, MA 02053
   (508) 533-6741

7. Linda Tissot
   c/o Bank of America
   478 Main St.
   Medfield , MA 02052
   (508) 359-6703

8. One or more representatives of Fleet National Bank/Bank of America to testify regarding bank records and bank policies, including but not limited to bank check

       cashing policies and performance standards for platform and teller employees regarding compliance with policies and procedures.

9.     Keeper of Records for American Express

In addition, Bank of America may call the following witnesses if the need arises:

1.     Robert Driscoll
       c/o Bank of America
       100 Federal Street
       Boston, MA  02110

2.     Lt. Tingley
       Medway Police Department
       315 Village St.
       Medway, Ma 02035
       508-533-3212

**SCHEDULE B**

Bank of America expects to offer the following documents as exhibits at trial:

1. Copy of Check #1971 dated May 14, 2002 for $1100.00 drawn on account of Fleet customer Joy L. Odunukwe and made payable to Udoka Jay Odunukwe ("Fleet check")

2. Copy of Check #27498 dated May 7, 2002 for $1,333.00 drawn on account of Healthcare Consultants Pharmacy Staffing and made payable to Chinwe Enemchukwu ("Deposit Check")

3. Copy of deposit slip for Deposit Check

4. Copy of Journal Tape documenting transactions in which Fleet check was cashed and Deposit Check was deposited on May 14, 2002 at Medfield Fleet branch

5. Copy of Check cashing policies of Fleet National Bank in effect in May 2002

6. Copy of Fleet National Bank Performance Standards for Platform and Teller Employees regarding Compliance with Policies and Procedures

7. American Express documents relating to plaintiff's American Express card

In addition, Bank of America may offer the following documents as exhibits if the need arises:

8. Affidavit of Marybeth McHardy

9. Affidavit of Jean Brennan

10. Affidavit of Pamela Martin


(#457349)

5