UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL NO.: 1:05-CV-10324

JAY ODUNUKWE, ESQ.,
    Plaintiff,

v.

BANK OF AMERICA,
    Defendant.

## PLAINTIFF'S FEDERAL RULE 26 (a) (3) AND LOCAL RULE 16.5 PRETRIAL DISCLOSURES

The plaintiff respectfully submits under the provisions of Fed. R. Civ. P. 26 (a) (3), and L.R. 16. 5 (c), the following pretrial disclosures:

A.    The name and address of the plaintiff's witnesses.

    The plaintiff's witnesses are the same as the defendant's along with Joy Odunukwe, who identified her address in an affidavit; Bank of America Chief Financial Officer Alvaro de Molina or substitute and its Keeper of Records, 100 Federal Street, Boston, for branches. The plaintiff reserves the right to amend in the pretrial memorandum and will call all witnesses identified by the defendant.

B.    Deposition Witnesses

    None.

C.    Exhibits.

    Those identified by the defendant are sufficient except for plaintiff's letter to defendant of May 11, 2003 and defendant's net worth statement of the time of

1

trial of the defendant. The plaintiff reserves the right to amend in the joint pretrial memorandum.

                              Jay Odunkwe
                              by his Attorney

                              _____
                              Robert Oscar Berger ,Esq.
                              (BBO No. 038900)
                              11 Beacon Street, Suite 1210
                              Boston, MA 02108
                              (617) 423 -7575
                              (617) 275-8000
                              Attorney for Plaintiff

### CERTIFICATION

I certify that this document was e-mailed to the lawyer for the defendant on November 10, 2006.

                              _____
                              Robert Oscar Berger,Esq.
                              (BBO No. 038900)
                              11 Beacon Street, Suite 1210
                              Boston, MA 02108
                              (617) 423 -7575
                              (617) 275-8000
                              Attorney for Plaintiff