UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ODUNUKWE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 05-10324-NG |
| | ) | |
| FLEET BANK BOSTON, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER SCHEDULING SECOND MEDIATION SESSION

SOROKIN, M.J.

The parties and counsel appeared for a mediation on March 20, 2007.  The Court specifically asked counsel for each party to determine whether their respective clients wished to convene a further mediation.  Each side reported its client requested a further mediation.  Accordingly, the Court will hold a further mediation session on March 27, 2007 at 3:00 p.m. in Courtroom 14.

The Court hereby ORDERS each counsel and the Plaintiff to appear in person at the mediation at 3:00 p.m.  Based upon counsel's request, the representative of the defendant may appear by telephone.


Date:  March 21, 2007                              /s/ Leo T. Sorokin
                                                   LEO T. SOROKIN
                                                   United States Magistrate Judge