UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAY ODUNUKWE, ESQ., )<br>Plaintiff, )<br>)<br>v. )<br>)<br>FLEET BANK BOSTON, )<br>Defendant. )<br>) | CIVIL NO.: 1:05-CV-10324 |

## PLAINTIFF'S INDIVIDUAL QUESTIONS FOR THE IMPANELING OF JURY
## (PROPOSED)

1. Do you regularly work or socialize with persons of a different race?

2. Have you, a close friend or relative, ever had a bad experience of any sort with a person of another race that may affect your ability to be a fair and impartial juror in this case?

3. Have you ever personally witnessed a discriminatory act against anyone? If so,

   (a) What was your reaction?

   (b) Did you do anything about it?

1

# (PROPOSED)

4. Do you believe that blacks and other minorities complain too much about discrimination?

5. Do you think that the government has gone too far in protecting the rights of blacks and other minorities?

6. Do you believe that African- Americans are more likely to be subjected to racial profiling or discrimination?

7. Do you think it is the correct thing to report any form of discrimination.

8. Do you believe that most instances of racial discrimination or profiling are reported?

9. Have you ever been a victim of discrimination on the basis of race or color or accused of discriminating against someone?
a) If so, please describe the circumstances.

# (PROPOSED)

b) Was there a complaint with any government agency about the alleged discrimination filed?

c) If so, what was the result?

d) Was it properly handled?

e) Would anything about that experience affect your ability to be a fair and impartial juror in a case involving claims of racial discrimination?

10. Do you think it is difficult to prove cases of discrimination?

11. Have you or a close friend or relative, ever been charged with discriminatory conduct in any court or government agency?

a) If so, when, where, what was the charge, and what was the outcome?

12. Are you, or have you recently been, an employee of any person or company that has been charged with discriminatory conduct in any court or government agency?

a) Would anything about that experience affect your ability to be a fair and impartial juror in a case involving claims of racial discrimination?

## (PROPOSED)

13. Do you believe that institutions or individuals engaged in discriminatory acts or racial profiling should be held responsible for their acts?

14. Have you personally had any interaction with a person of African descent?

a) If so, what is the nature of the interaction?

15. Do you have a favorable or unfavorable opinion of Africans resident in America?

a) If unfavorable, why.

16. Have you ever had any interaction with any person of Nigerian descent?

a) If so, what is the nature of the interaction?

b) Is there anything about that experience that you think might influence the way you think about this case or affect your ability to be fair and impartial in this case involving claims of racial discrimination?

# (PROPOSED)

c) Can you sort the media hype about Nigerian financial scams from actual people raised in Nigeria?

17. Do you have a favorable or unfavorable opinion of African-Americans of Nigerian descent?

a) Would anything about that experience affect your ability to be a fair and impartial juror in this case?

18. Do you think that Africans living in America are more likely to be subjected to discrimination?

19. Have you, or a close friend or relative, ever belonged to a social, civic, political, or fraternal organization or club that restricts membership on the basis of race?

 

Respectfully submitted,
Jay Odunukwe, Esq.,
By his attorney,

s/ Robert O. Berger

---
Robert O. Berger
11 Beacon Street, Suite 1210
Boston, MA 02108
617-423-7575
BBO# 038900

CERTIFICATE OF SERVICE

Counsel for plaintiff certifies service of this document by electronic means under the penalties of perjury.

10/21/07                                                              s/ Robert O. Berger
                                                                      _____