UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

Civil Action No. 1:05-cv-10324NG

|  |  |
|---|---|
| JAY ODUNUKWE, ESQ.<br>    Plaintiff,<br><br> v.<br><br>BANK OF AMERICA<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S PROPOSED QUESTIONS
TO THE JURY ON VOIR DIRE**

   Defendant Bank of America requests that in addition to its customary and usual questions, the Court (1) put the following questions to the jury panel, and (2) invite to sidebar for further questioning any juror answering any of the following questions in the affirmative.

   1.  The plaintiff in this trial is Jay Odunkwe.  Do you or any member of your immediate family, including your spouse, children, brothers or sisters, or close friends know this person, or any of his family members?

   2.  The attorney representing the plaintiff in this matter is Robert Berger.  Do you or any of your close family members or friends know Mr. Berger?

   3.  The defendant in this trial is Bank of America.  The attorneys representing Bank of America in this case are Donn A. Randall and Carol E. Kamm of the law firm of Bulkley, Richardson and Gelinas, LLP of Boston and Springfield, Massachusetts.  Do you or any of your close family members or friends know Mr. Randall?  Do you or any of your close family members or friends know Ms. Kamm?  Do you or any of your close

family members or friends know any attorney or other person working with this law firm?

  4.  In addition to the parties, the following persons may be called as witnesses at this trial:

  a.  Marybeth Nance (formerly Marybeth McHardy)
    c/o Bank of America Premier Banking
    9000 Southside Blvd
    Jacksonville, Florida
    (904) 665-9530

  b.  Jean Brennan
    9 George Street
    Mendon, MA 01756
    (508) 478-2160

  c.  Pamela Martin
    c/o Bank of America
    478 Main St.
    Medfield , MA 02052
    (508) 359-6703

  d.  Orfalina El-Alam
    11 Grandfield Avenue
    Roslindale, MA  02131
    (617) 327-8616

  e.  Paula Curtis
    c/o Bank of America
    108 Main Street
    Medway, MA 02053
    (508) 533-6741

  f.  Linda Tissot
    c/o Bank of America
    478 Main St.
    Medfield , MA 02052
    (508) 359-6703

  g.  One or more representatives of Fleet National Bank/Bank of America to testify regarding bank records and bank policies, including but not limited to bank check cashing policies and performance standards for platform and teller employees regarding compliance with policies and procedures.

      h.      Keeper of Records for American Express

In addition, Bank of America may call the following witnesses if the need arises:

      a.      One or more representatives of Bank of America, N.A. to testify regarding Bank of America's policies, practices and programs regarding diversity, equal treatment, nondiscrimination, community banking, and minority hiring.

      b.      Robert Driscoll
                  c/o Bank of America
                  100 Federal Street
                  Boston, MA  02110

      c.      Lt. Tingley
                  Medway Police Department
                  315 Village St.
                  Medway, Ma 02035
                  508-533-3212

Do you or your close family members or friends know any of these witnesses?

      5.      Have you or any close family members or friends ever worked at Bank of America?

      6.      Have you or any close family members or friends ever worked at any bank?

      7.      Do you or any of your close family members or friends know any individual currently or formerly employed by Bank of America?

      8.      Have you or your close family members or friends ever had any banking relationship with Bank of America?

      9.      Have you or your close family members or friends ever been involved in a lawsuit or other dispute with Bank of America?

10. Have you or your close family members or friends ever been involved in a lawsuit or other dispute with any bank other than Bank of America?

11. Have you or your close family members or friends ever had any dealings with a bank that made you angry?

12. This case involves a dispute between a bank, defendant Bank of America and a customer, the plaintiff. Is there any reason that you cannot be a fair and impartial juror in such a case?

13. Have you, your close family members or friends, ever had any dealings with any bank that that would affect your ability to be a fair and impartial juror in a case in which a bank was a party?

14. I will instruct you that all parties are equal before the law, and that it makes no difference whether a party is a corporation or a bank or a natural person. You must treat each of these parties as equals in a court of justice. Is there any reason that you cannot follow this instruction?

15. I will instruct you that our system of law does not permit jurors to be governed by sympathy, prejudice or public opinion. The jury must carefully and impartially consider all of the evidence in the case, follow the law as stated by the Court, and reach a just verdict, regardless of the consequences. Is there any reason you cannot follow that instruction?

16. Is there any reason at all why you feel that you could not decide the issues presented to you in this case in a fair and impartial manner?

BANK OF AMERICA,

By its attorneys,

    /s/ Carol E. Kamm
Donn A. Randall, BBO # 631590
Carol E. Kamm, BBO # 559252
Bulkley, Richardson and Gelinas, LLP
One Post Office Square, Suite 3700
Boston, Massachusetts 02109
Tel:   (617) 368-2500
Fax:   (617) 368-2525

Dated: October 24, 2007

### CERTIFICATE OF SERVICE

I, Carol E. Kamm, hereby certify that a true and correct copy of the above document was served upon counsel of record for all parties via this Court's CM/ECF System or, if not registered on this Court's CM/ECF System, then via first class mail, postage prepaid on October 24, 2007.

       /s/ Carol E. Kamm
Carol E. Kamm

462863.1