UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

Civil Action No. 1:05-cv-10324NMG

|  |  |
|---|---|
| JAY ODUNUKWE, ESQ.<br>            Plaintiff,<br><br>        v.<br><br>BANK OF AMERICA<br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT EXHIBIT LIST

1.   Check #1971 issued by Joy Odunukwe, cashed on May 14, 2002 by Plaintiff

2.   Massachusetts Driver's License

3.   American Express Credit Card

4.   Suffolk University Alumni Identification

5.   Copy of Check #27498 dated May 7, 2002 for $1,333.00 drawn on account of Healthcare Consultants Pharmacy Staffing and made payable to Chinwe Enemchukwu

6.   Letter from Fleet Solutions Group of June 12, 2002 from Stephanie Golden

7.   Fleet Check Cashing Policy

8.   Compliance with Policies and Procedures – Platform & Teller policies relating to check cashing at Fleet Branches

Respectfully submitted,

Plaintiff
JAY ODUNUKWE
By his attorneys,

Defendant
BANK OF AMERICA, N.A. (erroneously
named Bank of America)
By its attorneys,


_____/s/ Robert O. Berger_____
Robert O. Berger, BBO #038900
11 Beacon Street, Suite 1210
Boston, MA 02108
Phone: (617) 423-7575
Fax: (617) 275-8000

_/s/ Carol E. Kamm_____
Donn A. Randall, BBO No. 631590
Carol E. Kamm, BBO No. 559252
Bulkley, Richardson and Gelinas, LLP
One Post Office Square, Suite 3700
Boston, MA 02109
Phone: (617) 368-2500
Fax: (617) 368-2525

JOINT
EXHIBIT
1







**Massachusetts** | **Driver's License**

03-17-67  03-17-05  M  6'00"  D  S05741424
Date of Birth  Expires  Sex  Height  Class  Number

ODUNUKWE
JAY U
9 FIELDMONT ROAD
HYDE PARK, MA
02136-2205



**Class-** D: Small vehicle less than 26,001 lbs, except School Bus.













### SUFFOLK UNIVERSITY

Expiration September 1, 2001

0137248
Odunukwe
Udoka
*ALUMNI*



Suffolk University Libraries



2 5291 10114412 5



30007633

This identification card is the property of Suffolk University and must be carried at all times and presented upon request of a Suffolk University official. If lost please contact Suffolk University Police.

If found, please mail to Suffolk University, Beacon Hill, Boston, MA 02114. Postage Guaranteed.

NON-TRANSFERABLE

JOINT EXHIBIT 5

ORIGINAL CHECK HAS A COLORED BACKGROUND PRINTED ON CHEMICAL REACTIVE PAPER

CHECK NO. 027498

CHECK NO.    CHECK DATE    VENDOR NO.
              05/07/02    000250

HEALTHCARE CONSULTANTS
PHARMACY STAFFING
LONGWOOD, FL 32779-6734
311 . 800-642-1652

AMOUNT BANK    04

63-466/631

ONE THOUSAND THREE HUNDRED THIRTY THREE AND 00/100

CHECK AMOUNT
$1,333.00

PAY TO THE ORDER OF

VOID VOID VOID VOID

⑈027498⑈ ⑆063104668⑆ 3401015591⑈

---

DEPOSIT TICKET

JOY I. ODUNUKWE
9 FIELDMONT ST.
HYDE PARK, MA  02136

DATE  5/14/02
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

☑ CASH

5–13/ 110
0038 N4065

1,333.00

TOTAL FROM
OTHER SIDE

$  1,333.00

Fleet
First Community Bank
www.fleet.com
Fleet – Boston, Massachusetts
61945

⑈5560⑈ 1347⑆ 0038144065⑈





# *Fleet*

*FleetBoston Financial*



1 Fleet Way
Scranton, PA 18507 -1920

June 12, 2002

Jay Odunukwe
9 Fieldmont Street
Hyde Park, MA. 02136

Dear Mr. Odunukwe,

Thank you for taking the time to write a letter to us regarding the service you've received at the branch. Fleet values the comments and concerns of our customers and continually use these suggestions to improve our service to you.

I understand your concern regarding the problem you had with cashing a check at the Medway branch. I have registered a complaint on your behalf regarding this issue. On behalf of Fleet Bank we apologize and regret any frustration or inconvenience this matter may have caused you.

If you have any further questions regarding our branches, please contact Fleet Telephone Banking at 1-800-841-4000. For your convenience Telephone Banking is available to you Monday through Friday from 7:00 a.m. to 12 Midnight, and Saturday through Sunday from 8:00 a.m. to 5:00 p.m.

Thank you for banking with Fleet

Sincerely,

Stephanie Golden
Fleet Solutions Group

| | | | |
|---|---|---|---|
| ► BRANCH | Chapter A - Check Cashing | Chapter List | <<previous |
| ► PROCEDURE | Topic 1 - Check Cashing Policies | Topics & Sections | next>> |
| ► MANUAL | Section A | Search the Branch Procedure Manual: | |
| | | | Find |

**JOINT EXHIBIT 7**

## Check Cashing Policies - CT, FL, MA, ME, NH, NY & RI

---

**Summary**

The purpose of this section is to provide branch personnel with the Bank's policies for cashing checks in CT, FL, MA, ME, NH, NY and RI.

---

**Checks Acceptable To Cash Policy**

The following types of checks can be cashed at Fleet, provided all applicable policies and procedures are followed:

Cash For Customers and Non-Customers

- Fleet checks (On-Us checks)
- American Express Travelers checks (US and Foreign)
- American Express Moneygrams
- MasterCard Travelers checks (US and Foreign)
- Visa Travelers checks (US and Foreign)
- Citicorp Travelers checks (US and Foreign)
- MasterCard and Visa credit card checks
- Social Security checks (SSA, SSI)
- Welfare/Public Assistance checks - Cash with Welfare/Public Assistance ID only
- Authorized Off-Us checks (i.e., Accepted by Flextran Only)

Cash For Customers Only

- Off-Us personal checks
- Unauthorized Off-Us business and government checks (i.e., Not accepted by Flextran)
- U.S. Treasury Checks
- Travel Letters
- Canadian Checks
- Other Travelers Checks

Refer to the procedure specific to each type of check for detailed instructions.

**Note:** The word "check" throughout the Check Cashing policy and procedure includes savings withdrawals.

---

**Check Cashing "Fleet Bank Customer" Definition**

For the purpose of our check cashing policy, a "Fleet Bank check cashing Customer" is defined as an individual who:

- Maintains a checking, savings, or certificate of deposit relationship with Fleet Bank providing the Bank with the right of set off, and
- Can be properly identified.

---

**Check Cashing Limits Policy**

- The Branch Manager (or designee) is responsible for assigning a specific check cashing level of authority to each branch representative.
- Each branch representative must adhere to his or her assigned check cashing level of authority.
- The maximum level of check cashing authority applies to individual checks and to the total of multiple checks presented by the same Customer.

---

Case 1:05-cv-10324-NG   Document 50   Filed 11/13/2007   Page 14 of 21

Maximum limits are as follows:

**Check Cashing
Maximum Limits**

| Title | Maximum Check Cashing Limit |
|---|---|
| Teller (First three (3) months) | $      500 |
| Teller (Second three (3) months) | $   1,000 |
| Teller (Six (6) months or more) | $   2,500 |
| Senior Teller | $ 10,000 |
| Lead Teller | $ 15,000 |
| SSR/Senior SSR | $ 25,000 |
| Business Branch Specialist | $ 25,000 |
| Branch Operations Supervisor | $ 25,000 |
| Branch Operations Manager | $ 50,000 |
| Assistant Branch Manager | Unlimited |
| Branch Manager | Unlimited |

The Branch Manager (or designee) may approve increases to the above
standard limits and assumes full responsibility for raising limits above the
maximums. Authority levels are recorded on, and maintained as part of, each
employee's Branch Employee Profile.

Individual tellers may be assigned "Known Customer" check cashing authority
by the Branch Manager. This authority must be documented on each
employee's Branch Employee Profile.

There are various positions which may not be specifically identified on the
Authorities Matrix. If there is a business need to establish authority for an
individual whose position does not appear on the matrix, the authority level
which should be used will be that of the position most similar in grade and
responsibilities. The individual's knowledge and experience must be considered.

**Over Limit Approval
Policy**

If a check, or the total of multiple checks presented by one Customer, is over an
employee's assigned check cashing limit, the employee must obtain approval
from another branch representative with the appropriate level of check cashing
authority before cashing the check (s).

The approver of the check assumes responsibility for the item, as if having
cashed it him or herself. The approver must ensure that all check cashing
policies and procedures are followed, including:

- The check is negotiable and has not been altered
- The check has been properly endorsed in accordance with the endorsement
  policy
- There are sufficient available funds in the account
- Identification has been obtained in accordance with the identification policy
- Any appropriate steps have been taken to comply with Flextran messages
  (Antinori 16, new account, positive pay, etc.), if applicable.

After reviewing the transaction and confirming that all standard policy and
procedure requirements have been met, the approver must initial the check in
the top, right hand corner, then return it to the employee who presented it for
completion of the transaction.

Identification requirements for check cashing are as follows:

**Check Cashing**
**Identification Policy**

| Presented By: | Check Amount: | ID Required: |
|---|---|---|
| Fleet Customer | Any amount | Fleet ATM, Total Access Check Card or Select Card PIN swipe. |
| | $1,000 or less | One form of acceptable photo ID. |
| | Greater than $1,000 | Two forms of acceptable ID, one of which must have a photo. |
| "Known Customer" (Fleet Customer or non-account holder) | Any amount | None. <br><br> A "Known" Fleet Customer is defined as being known to an approving individual by sight and by account relationship. <br><br> A "Known" non-account holder is otherwise well known personally and is cashing a Fleet check or an approved off-us check (i.e., from the check cashing table). |
| Non-Customer | $500 or less | One form of acceptable photo ID. |
| | Greater than $500 | Two forms of acceptable ID, one of which must have a photo. |

**Notes:**

- Special identification policies which apply to Welfare Checks and Travelers Checks are given in the appropriate sections for these items.
- Off-Us check cashing is subject to restrictions which are defined in the Off-Us Check Cashing section.
- When "Known Customer" is utilized:
    - There must always be reasonable knowledge of how to locate the individual.
    - If the transacting teller is the approver, no documentation of ID or teller initials are required.
    - If a branch representative other than the transacting teller is the approver, the approving (and now accountable) branch representative must initial the check on the front where the identification would normally be recorded.

Before cashing any check, employees must:

- Ask for identification in accordance with policy,
- Examine the identification to ensure its authenticity (e.g., Are there erasures, alterations? Has the card expired?),
- Compare the identification to the presenter (e.g., Is the birth date reasonable? Does the person resemble the picture?), and
- Record the type of identification, corresponding numbers (see note below), and expiration date on the front, top portion of the check.

    **Note:** When accepting a credit card for identification, do not record the credit card number on the check. Refer to the following "Recording Credit Cards Used as Identification" for state-specific policies on recording credit card information.

**Recording Credit**
**Cards Used as**
**Identification**

The Bank must ensure that credit card information recorded for identification purposes is secure and that it is not accessible to persons outside the Bank. When recording credit cards used as identification, the policy for each state is

detailed in the table below.

| State | Policy |
|-------|--------|
| CT, MA, ME, NY, RI | • Record on the check the credit card **type** and **expiration date.**<br>• If cashing an on-us check, write the **credit card number** on the Flextran journal tape before the transaction.<br>• If cashing an off-us check, enter the **credit card number** in the MISC field on the Off-Us Check Cashing screen.<br>• Do not record the credit card number on the check. |
| FL, NH | • Record on the check the credit card **type.**<br>• If cashing an on-us check, write the **first 6 digits\*** of the credit card number on the Flextran journal tape before the transaction.<br>• If cashing an off-us check, enter the **first 6 digits\*** of the credit card number in the MISC field on the Off-Us Check Cashing screen.<br>• Do not record the credit card number or the expiration date on the check.<br>• Do not record more than the first 6 digits of the card number on the Flextran journal tape.<br><br>**\* Note:** The first 6 digits of the card number identifies the issuing bank. |

**Check Cashing Approved Forms of Identification**

The following are approved forms of Identification:

• Fleet ATM Card or Fleet Total Access Check/Select Cash & Check Card with PIN swipe (preferred method)
• "Known Customer" (Note: Authorization to use "Known Customer" must be assigned by the Branch Manager)
• Driver's License with photo (Original, not duplicate)
• New Jersey Non-Photo Driver's License (Original, not duplicate)
• New York State Learner's Permit with photo
• Non-Driver's ID Card (State Issued)
• State, County, or City Issued Senior Citizen ID Card with photo
• Military ID Card with photo
• U.S. or Foreign Passport with photo
• Immigration & Naturalization Service Issued Alien Registration Card with photo (Includes Resident Alien card and Employment Authorization IDs)
• State, County, or City Issued Welfare/Public Assistance Card with photo
• EBT Card (Electronic Benefits Transfer) with photo
• Native American ID with photo
• Major Credit Card (i.e., MasterCard, Visa, American Express, Novus)
• New Jersey Casino and CT Casino Commission IDs

Note: Metro New York branches may accept a non-photo NJ driver's license as a required form of photo ID.

**Check Negotiability Policy**

All checks must be determined negotiable prior to cashing.

**Altered Check Policy**

Checks that display any appearance of being altered or changed cannot be cashed.

**Endorsement Policy**

All checks must be properly endorsed before cashing in the presence of the teller, or the teller may request the payee to endorse the check again.

| | |
|---|---|
| **Joint Payees Policy** | A check made payable to joint payees may be cashed only upon presentation by both payees. If presented by only one person, the joint payee check cannot be cashed, but may be deposited into a joint account of the same names.<br><br>A check payable to two payees without denoting the words "and" or "or" must be endorsed by both named payees. |
| **Second Or Special Endorsement Policy** | A check endorsed by the named payee and then endorsed by a second party may be cashed for a Fleet Customer, only if the first endorsement can be verified.<br><br>If the first endorsement cannot be verified, the check cannot be cashed, but may be deposited. |
| **Restrictive Endorsement Policy** | Any check that is restricted against its transfer or cashing by the use of an endorsement "For Deposit Only" cannot be cashed, but may be deposited. |
| **Qualified Or Conditional Endorsement Policy** | Checks that limit the liability of the endorser by use of the phrase "Without Recourse" or contain a conditional statement such as "Pay To The Order of John Smith If Work Completed By 8/31/01" cannot be cashed or deposited. |
| **Checks Payable To The Bank Policy** | Checks that name Fleet Bank as joint payee should be deposited, but may be cashed with Branch Manager (or designee) approval. The check must first be endorsed by the Bank.<br><br>Checks that name Fleet Bank as sole payee cannot be cashed, but may be presented for payment to an account, deposited in full to an account, or presented for payment for a negotiable instrument. |
| **Foreign Country Check Policy** | All foreign country checks except Canadian must be sent for collections. (For more information, refer to the standard "Foreign and Domestic Check Collections" procedure.)<br><br>Canadian checks may be cashed for Customers at the current Canadian "Buy" rate or may be sent for collections. |
| **Checks Payable To A Business** | Checks made payable to a business cannot be cashed. Checks made payable to a Sole Proprietor (Individual DBA) may be cashed with Branch Manager (or designee) approval. |
| **Split Deposit Policy** | Checks processed in a split transaction are considered cashed checks and must be afforded the same policies, procedures, and precautions. |
| **Multiple Check Cashing Policy** | Multiple checks cashed for the same person, where the aggregate dollar amount exceeds the teller's check cashing authority, must be approved by an individual with the appropriate level of authority.<br><br>Example: A teller with a $1,000 check cashing limit must obtain approval to cash three $500 checks for the same Customer. |

| | |
|---|---|
| **Cashing Checks Against Unavailable Funds Policy** | Checks drawn against unavailable or insufficient funds cannot be cashed. |

| | |
|---|---|
| **Checks Receiving "New Account" Message From Flextran Policy** | Checks receiving one of three Flextran messages: "New Account Today", "New Account This Month", or "New Account Within 60 Days" must be handled with caution. Tellers must be aware that there is a potentially higher risk associated with new accounts. |

**Check Cashing Responsibility Policy**

Tellers must refer checks to a supervisor if uncomfortable with any check cashing transaction.

It is the responsibility of the cashing branch to follow all check cashing policies and procedures.

If a check is returned, and the cashing branch has followed the check cashing policies and procedures regulating that type of check, the assigned branch of account is responsible for any subsequent loss.

**Exceptions To Policy**

- A check cashing policy exception is made when an authorized employee approves a check for cashing when the usual requirements of the check cashing policy are not met. Examples of such exceptions are given below:
  - Approving a check when only one form of ID is presented and policy requires two forms
  - Approving the use of a non-standard form of ID
  - Approving a special endorsed check without verification of the first endorser
  - Approving encashment against unavailable funds
- Exceptions to check cashing policies may be made by the Branch Manager and specific individuals designated by the Branch Manager to approve exceptions. Individuals may be designated to approve exceptions on the basis of demonstrated good judgment and understanding of the responsibilities involved.
- Check Cashing Exception authority for individuals who are designated to approve exceptions to policy must be recorded on, and maintained as part of, the Branch Employee Profile.
- The approver of the check assumes responsibility for the item, as if having cashed it him or herself. This means that the approver has confirmed the following, other than where the exception applies:
  - The check is negotiable and has not been altered
  - The check has been properly endorsed in accordance with the endorsement policy
  - There are sufficient available funds in the account
  - Identification has been obtained in accordance with the identification policy
  - Appropriate steps have been taken to comply with Antinori 16 or new account messages on Flextran, if applicable.
- The approver must initial the check in the top, right hand corner, then return it to the employee who presented it for completion of the transaction.
- Special requests from law enforcement agencies to cash checks bypassing the Bank's check cashing policy must be referred to the Regional Security Manager. Security will provide written authorization to any exceptions to standard policies and procedures, and will identify the persons for whom the exceptions may be made. No exceptions may be made without this written authorization. (Refer to Chapter R, Topic 6, Section A: " Law Enforcement Agency Requests" for more information.)
  - The authorization from Security for exceptions must be kept on file at the branch with other account documents, including signature cards, business

deposit account authorizations, etc.
- Remember that cash deposits and/or withdrawals over $10,000 still require a Large Currency Reporting Teller On-Line Input (TOLI) BSA Information Sheet (COD 79006) to be completed. No exceptions may be made to this policy.

Navigate

Click on a destination page in the following list:

- Chapter Listing
- Topics & Sections in this Chapter
- Next Section: Check Cashing Policies - NJ and PA
- Alphabetical Index

Enter a word or phrase to find in the Branch Procedure Manual:

[                    ]    Find

Revised 01/25/2002

top ▲


**BRANCH
PROCEDURE
MANUAL**

Chapter J - Branch Operating Procedures
Topic 16 - Fleet Branch Performance Standards
Section G

Chapter List                  <<previous
Topics & Sections              next>>

Search the Branch Procedure Manual:
[_____] [Find]

# Compliance with Policies and Procedures - All Platform and Teller Employees


**JOINT EXHIBIT**

| Definition | Policies and Procedures includes but is not limited to: check cashing, savings withdrawals, return items, overrides, new account opening, etc. |
|---|---|

**Quality Performance Standards**

- To comply with all the Bank's operating policies and procedures.
- To strive to achieve no loss/exposure through consistent adherence to Bank's Policies and Procedures.
- Not to have losses which exceed $125 due to any single violation, i.e., employee failure to follow appropriate policies and procedures.

**Manager Expectations**

- Ensure employees understand all Bank Policies and Procedures including Branch Quality Performance Standards.
- Ensure that employees understand and comply with all local, state, and federal laws and regulations.
- Monitor and ensure compliance of all policies and address all violations. This may include verifying a number of new account signature cards reconciled to motivator, verifying acceptable ID was obtained, Customer Information was verified with ChexSystems/NCPS and that all new account opening policies were followed.
- Managers are expected to reevaluate employee performance within a 90-day period of each performance step to determine if further corrective action is warranted.

**Examples of Procedural Compliance (Include but are not Limited to)**

- New account opening (Example for Platform) - To obtain acceptable ID, verify Customer Information with ChexSystems/ NCPS, obtain a street address, fund the account the same day, verify that the check is acceptable for deposit, verify funds on all checks greater than $2,500 in new account deposits, complete the signature card, respond appropriately if negative information is received after account is opened, in accordance with procedures.
- Checks cashed (Example for Teller) (or approved for cashing - Possibly Platform and Teller) - Ensure the check is acceptable to cash (negotiable, not altered, validated through Flextran, within the authority of the approver, with approver's initials), has proper ID recorded on the face of the check, foreign check shows the Customer's account number in the endorsement area on the back of the check, full amount of any Split Check is within the teller's limit, in accordance with procedures.
- Deposit Review (Example for Teller) - To verify endorsement (payee line, endorsement, deposit ticket and name on account all match, account number and document are correct).
  - CT, FL, MA, ME, NH, NY & RI:  To review the first five checks in deposits less than $25,000 and to refer deposits $25,000 or greater to BOS/BOM for review, in accordance with procedures.
  - NJ & PA:  To review the first five checks in deposits, in accordance with procedures.
- Password/PIN Security (Example for Platform and Teller) - To keep Passwords, User ID and PINs confidential and not share or use another employee's User ID, Password or PIN.

| Step | Action |
|---|---|
| 1 | Informal Counsel/Verbal |

| | | If the Quality Performance Standard is not met, the employee may be coached by supervisor, and additional measures including skill center sessions or assistance from mentors may be implemented. |
| | | Due to the nature and seriousness of a loss or exposure, the first, second, and third steps may be omitted. |
| 2 | Formal Counsel/Written | Consult HR. |
| | | If performance improvement is not immediate and sustained or |
| | | There is a charge off of equal to or greater than $500: |
| | | Employee may receive a Formal Counsel/Action Plan to include coaching by supervisor and/or DOM and additional training may be provided to the employee. |
| 3 | Written Reprimand/Final | Consult HR. |
| | | If performance improvement is not immediate and sustained or |
| | | There is a charge off of equal to or greater than $1,000: |
| | | Employee may receive a Written Reprimand/Action Plan to include coaching by supervisor and/or DOM. Additional training may be provided to the employee. |
| 4 | Potential Termination | Consult HR. |
| | | If performance improvement is not immediate and sustained or |
| | | There is a violation of the Written Reprimand/Action Plan: |
| | | Employee may receive further corrective action up to and including termination. |

**Navigate**

Click on a destination page in the following list:

- Chapter Listing
- Topics & Sections in this Chapter
- Next section: Compliance With Policies & Procedures - All Emp
- Previous section: Compliance With Internal Transaction Policy
- Alphabetical Index

Enter a word or phrase to find in the Branch Procedure Manual:

[_____]  [Find]

Revised 07/06/2001

top ▲