UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

Civil Action No. 1:05-cv-10324NMG

_____
                                                            )
JAY ODUNUKWE, ESQ.               )
          Plaintiff,          )
                                                            )
v.                    )
               )
BANK OF AMERICA         )
          Defendant.      )
_____)

## **DEFENDANT'S PROPOSED EXHIBIT LIST**

1.      Journal Tape – May 14, 2002, Medfield Branch

                    BANK OF AMERICA, N.A.
                    By its attorneys,

                    /s/ Carol E. Kamm
                    Donn A. Randall, BBO# 631590
                    Carol E. Kamm, BBO # 559252
                    Bulkley, Richardson, and Gelinas LLP
                    One Post Office Squire, Suite 3700
                    Boston, Massachusetts 02109
                    Telephone:  (617) 368-250
Dated:  November 13, 2007      Facsimile:  (617) 368-2525


Certificate of Service

   I hereby certify that a true copy of the above document was served electronically upon the attorney of record for each party on November 13, 2007.

                    /s/ Carol E. Kamm
                    Carol E. Kamm

581600.1