## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Jay Odunukwe

Plaintiff(s)

v.                                              CIVIL ACTION NO. 05-10324-NG

Bank of America

Defendant(s)

### JUDGMENT IN A CIVIL CASE

GERTNER, D.J.

 XX     **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_____**Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS  ORDERED AND ADJUDGED:**

-**Judgment is hereby entered for the Defendant.**

Sara A. Thornton
CLERK OF COURT

Dated:   11/15/07                         By   s/Maryellen Molloy
                                               Deputy Clerk

(CVJURY-JGM.-ODUNUKWE  11-07wpd.wpd - 11/98)
[jgm.]