UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JAY ODUNUKWE, ESQ.          )
    Plaintiff,              )
                            )
    v.                      )    Civil Action No. 05-10324-NG
                            )
BANK OF AMERICA, N.A.       )
    Defendant.              )

## JURY VERDICT SLIP

**Count I. Massachusetts Public Accommodations Law, Mass. Gen. Laws c. 272, § 98:**

Has the plaintiff Jay Odunukwe proven by a preponderance of the evidence both of the following: (1) that he was denied or restricted access in a place of public accommodation, and (2) that he was denied access because of his race or national origin?

Yes _____        No _____

**Count II. Federal Civil Rights Act, 42 U.S.C. § 1981:**

Has the plaintiff Jay Odunukwe proven by a preponderance of the evidence all of the following: (1) that he sought to enter into a contractual relationship with the defendant; (2) that he met the defendant's ordinary requirements to pay for and to receive goods or services ordinarily provided by the defendant to other customers; and (3) that he was denied the opportunity to contract for goods or service that was otherwise afforded to white customers?

Yes _____        No _____

**Damages.**

If you answered Yes to either Count I or Count II or both, finding the defendant liable for discriminating against Jay Odunukwe, please answer the following question:

What amount of compensatory damages, if any, or nominal damages, if any, do you award to the plaintiff for this conduct?

$_____

Dated: _____        _____
                                JURY FOREPERSON