# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

*FILED IN CLERKS OFFICE*
*2007 DEC -7 P 1: 24*

JAY ODUNUKWE, Plaintiff

V.                                    CASE NO. 1:05-CV-10324NMG

BANK OF AMERICA, Defendant

## NOTICE OF APPEAL

Notice is hereby given that _Jay Odunukwe_ above named, hereby

appeals from the _Judgment in favor of Defendant_ entered in the above entitled

action on _Nov 14, 2007_.

By ⁕    JAY ODUNUKWE

12/7/07
_____
Date

Plaintiff Pro-se

(Notice of Appeal.wpd - 12/98)                    [app., kdapp., kgapp., kcustapp.]