UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ )<br>JAY ODUNUKWE, ESQ.,        )<br>      Plaintiff,                        )<br>                                              )<br>v.                                           )<br>                                              )<br>FLEET BANK BOSTON,       )<br>      Defendant.                    )<br>_____ ) | CIVIL NO.: 1:05-CV-10324 |

**MOTION TO WITHDRAW AS COUNSEL FOR THE PLAINTIFF**

Now comes Robert O. Berger, attorney for the plaintiff, and moves to withdraw as counsel for the plaintiff:

1. the plaintiff is an attorney and is proceeding on his own in post-judgment matters, having filed a notice of appeal pro se, and a request for a waiver of fees and costs, pro se ; and

2. There has been no objection to the motion to withdraw by the plaintiff or the defendant.

Respectfully submitted,
Jay Odunukwe, Esq.,
By his attorney,

s/ Robert O. Berger

---
Robert O. Berger
11 Beacon Street, Suite 1210
Boston, MA 02108
617-423-7575
BBO# 038900

1

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served by electronic transfer on the attorney of record for each party and the plaintiff in hand on December 27, 2007.

Dated: 12/27/07                     /s/ Robert O. Berger

                                                          Robert O. Berger (BBO#: 038900)