```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

JAY ODUNUKWE,                      )
          Plaintiff,               )
                                   )
     v.                            )    C.A. No. 05-10324-NG
                                   )
FLEET BANK BOSTON,                 )
          Defendant.               )
```

ORDER ON APPLICATION TO PROCEED IN FORMA PAUPERIS

For the reasons stated below, plaintiff's Application to Proceed In Forma Pauperis (Docket No. 56) is DENIED.

BACKGROUND

Jay Odunukwe, through counsel, initiated this civil rights action in Massachusetts state court. On February 17, 2005, the defendant removed the case to this Court and the case was tried to a jury. On November 14, 2007, a jury verdict was returned in favor of defendant against plaintiff.

On December 7, 2007, plaintiff filed his pro se notice of appeal and application to proceed without prepayment of fees and affidavit.

REVIEW

Applications to appeal in forma pauperis are governed by 28 U.S.C. § 1915 and Federal Rule of Appellate Procedure 24.

In pertinent part, § 1915(a)(1) provides: "any court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of

all assets such prisoner possesses that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1). "Such affidavit shall state the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress." Id.

Section 1915(a)(3) provides: that "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith."

Similarly, Federal Rule of Appellate Procedure 24 provides:

> (1) ... [A] party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court. The party must attach an affidavit that:
>    (A) shows ... the party's inability to pay or to give security for fees and costs;
>    (B) claims an entitlement to redress; and
>    (C) states the issues that the party intends to present on appeal.

Fed. R. App. P. 24(a)(1).

Thus, two requirements must be satisfied in order to proceed on appeal in forma pauperis. First, the party must show an inability to pay. Second, the appeal must be brought in good faith. Here, plaintiff failed to provide a statement of the issues on appeal. I decline to make any determination concerning whether this appeal is taken in good faith. However, upon a review of the financial disclosures of the plaintiff, I find that he is not entitled to proceed in forma pauperis and therefore deny the plaintiff's motion for the reasons stated below.

## DISCUSSION

2

Plaintiff's fee-waiver application indicates that he is self-employed as a public defender with an annual salary of $41,000.  See Application, ¶ 2(a).  With respect to other assets, plaintiff has $461.75 in a bank account and is a "joint tenant in a one family house value[d] approx. $333,000 [with an] outstanding mortgage [of] $299,000."  Id. at ¶¶ 4, 5.

Here, plaintiff has failed to make an adequate showing that he is without sufficient funds to pay the filing fee for appeal. Plaintiff may be "cash-poor" at the present time, but he appears to have sufficient unliquidated assets which take him outside the scope of in forma pauperis status.  It is noted that the Clerk's Office accepts payment of the filing fee through credit cards. Thus, even if plaintiff cannot readily produce the filing fee, he may have a viable option of charging the fee to a credit card.

## CONCLUSION

Accordingly, for the above reasons, plaintiff's Application to Proceed In Forma Pauperis (Docket No. 56) is DENIED.  This ruling does not preclude plaintiff from filing a motion to proceed in forma pauperis in the Court of Appeals, provided he does so pursuant to Fed. R. App. P. 24(a)(5).  The Clerk shall transmit this Order to the First Circuit Court of Appeals.
SO ORDERED.

| | |
|---|---|
| _December 27, 2007_ | _/s/ Nancy Gertner_ |
| DATE | NANCY GERTNER |
| | UNITED STATES DISTRICT JUDGE |