## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-10324

Jay Odunukwe

v.

Fleet Bank Boston

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-60

and contained in 1 Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 12/7/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 3, 2008.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: __1/3/07__ .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-10324-NG

| | |
|---|---|
| Odunukwe v. Fleet Bank Boston | Date Filed: 02/17/2005 |
| Assigned to: Judge Nancy Gertner | Date Terminated: 11/15/2007 |
| Case in other court: Suffolk County Superior Court, 04-05364A | Jury Demand: Plaintiff |
| | Nature of Suit: 440 Civil Rights: Other |
| Cause: 28:1331 Federal Question: Other Civil Rights | Jurisdiction: Federal Question |

**Plaintiff**

**Jay Odunukwe**      represented by **Robert O. Berger, III**
Law Office of Robert O. Berger
11 Beacon Street
Suite 1210
Boston, MA 02108
617-423-7575
Fax: 617-275-8000
Email: rberger.esq@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Fleet Bank Boston**      represented by **Carol E. Kamm**
Bulkley, Richardson & Gelinas LLP
One Post Office Square
Boston, MA 02109
617-292-2820
Fax: 617-292-0273
Email: ckamm@bulkley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donn A. Randall**
Bulkley, Richardson & Gelinas, LLP
One Post Office Square
Suite 3700
Boston, MA 02109
617-368-2520
Fax: 617-368-2525
Email: drandall@bulkley.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**ADR Provider**

**ADR Panel member**

**ADR Provider**

Leo Sorokin

**Mediator**

**Robert B. Collings**
*TERMINATED: 02/23/2006*

**Mediator**

**Leo Sorokin**
*TERMINATED: 03/28/2007*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/17/2005 | 1 | NOTICE OF REMOVAL by Fleet Bank Boston from Suffolk Superior Court, case number 04-5364A. $ 250, receipt number 62248, filed by Fleet Bank Boston. (Attachments: # 1 Civil Cover Sheet)(Barrette, Mark) (Entered: 02/23/2005) |
| 02/17/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to the new Magistrate Judge. (Barrette, Mark) (Entered: 02/23/2005) |
| 02/22/2005 | 2 | STATE COURT Record. (Barrette, Mark) (Entered: 02/25/2005) |
| 03/01/2005 | 3 | MOTION for More Definite Statement by Fleet Bank Boston.(Kamm, Carol) (Entered: 03/01/2005) |
| 03/01/2005 | 4 | MEMORANDUM in Support re 3 MOTION for More Definite Statement filed by Fleet Bank Boston. (Kamm, Carol) (Entered: 03/01/2005) |
| 03/03/2005 | 5 | Opposition re 3 MOTION for More Definite Statement filed by Jay Odunukwe. (Berger, Robert) (Entered: 03/03/2005) |
| 03/14/2005 | 6 | MOTION for Leave to File *Reply to Plaintiff's Opposition to Defendant's Motion for A More Definite Statement* by Fleet Bank Boston.(Kamm, Carol) (Entered: 03/14/2005) |
| 03/14/2005 | 7 | REPLY to Response to Motion re 3 MOTION for More Definite Statement filed by Fleet Bank Boston. (Kamm, Carol) (Entered: 03/14/2005) |
| 06/07/2005 | 8 | AFFIDAVIT of Jay Odunukwe by Jay Odunukwe. (Berger, Robert) (Entered: 06/07/2005) |
| 06/07/2005 | 9 | MOTION for Partial Summary Judgment *for Liability under 42 U.S.C. ? 1981* by Jay Odunukwe.(Berger, Robert) (Entered: 06/07/2005) |

| | | |
|---|---|---|
| 06/07/2005 | 10 | MEMORANDUM in Support re 9 MOTION for Partial Summary Judgment *for Liability under 42 U.S.C. ?1981* filed by Jay Odunukwe. (Berger, Robert) (Entered: 06/07/2005) |
| 06/08/2005 | 11 | NOTICE of Scheduling Conference Scheduling Conference set for 8/16/2005 02:45 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 06/08/2005) |
| 06/21/2005 | 12 | Opposition re 9 MOTION for Partial Summary Judgment *for Liability under 42 U.S.C. ?1981* filed by Fleet Bank Boston. (Attachments: # 1 Exhibit A to Opposition of Fleet Bank Boston (sic) to Plaintiff's Motion for Parital Summary Judgment)(Kamm, Carol) (Entered: 06/21/2005) |
| 06/21/2005 | 13 | AFFIDAVIT of Carol E. Kamm in Opposition re 9 MOTION for Partial Summary Judgment *for Liability under 42 U.S.C. ?1981 and in support of Cross-Motion of Fleet Bank Boston (sic) for Summary Judgment* filed by Fleet Bank Boston. (Attachments: # 1 Exhibit 1 Affidavit of Carol E. Kamm# 2 Exhibit 2 Affidavit of Carol E. Kamm# 3 Exhibit 3 Affidavit of Carol E. Kamm# 4 Exhibit 4 Affidavit of Carol E. Kamm)(Kamm, Carol) (Entered: 06/21/2005) |
| 06/21/2005 | 14 | Cross MOTION for Summary Judgment by Fleet Bank Boston.(Kamm, Carol) (Entered: 06/21/2005) |
| 06/21/2005 | 15 | MEMORANDUM in Support re 14 Cross MOTION for Summary Judgment filed by Fleet Bank Boston. (Attachments: # 1 Exhibit A Memorandum in Support of Cross-Motion of Fleet Bank Boston (sic))(Kamm, Carol) (Entered: 06/21/2005) |
| 07/01/2005 | 16 | Opposition re 14 Cross MOTION for Summary Judgment filed by Jay Odunukwe. (Berger, Robert) (Entered: 07/01/2005) |
| 07/01/2005 | 17 | Supplemental AFFIDAVIT in Opposition re 14 Cross MOTION for Summary Judgment filed by Jay Odunukwe. (Berger, Robert) (Entered: 07/01/2005) |
| 07/13/2005 |  | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 6 Motion for Leave to File (Nicewicz, Craig) (Entered: 07/13/2005) |
| 08/09/2005 | 18 | STATEMENT OF COUNSEL of Defendant Fleet Bank Boston *for Initial Scheduling Conference* by Fleet Bank Boston. (Kamm, Carol) (Entered: 08/09/2005) |
| 08/09/2005 | 19 | CERTIFICATION pursuant to Local Rule 16.1 by Fleet Bank Boston. (Kamm, Carol) (Entered: 08/09/2005) |
| 08/12/2005 | 20 | Proposed Scheduling Order by Jay Odunukwe.(Rec'd for docketing 8/15/05) (Elefther, Elizabeth) (Entered: 08/17/2005) |
| 08/16/2005 |  | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 3 Motion for More Definite Statement (Elefther, Elizabeth) (Entered: 08/16/2005) |
| 08/16/2005 |  | Judge Nathaniel M. Gorton : Electronic ORDER entered denying without |

| | | |
|---|---|---|
| | | prejudice 9 Motion for Partial Summary Judgment (Elefther, Elizabeth) (Entered: 08/16/2005) |
| 08/16/2005 | | Judge Nathaniel M. Gorton : Electronic ORDER entered denying without prejudice 14 Motion for Summary Judgment (Elefther, Elizabeth) (Entered: 08/16/2005) |
| 08/16/2005 | | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton : Scheduling Conference held on 8/16/2005. Refer to mediation in 10/05. Plaintiff will amend complaint within 14 days of this hearing. Court will deny S/J without prejudice. Automatic discovery 9/30/05, written discovery served 10/31/05, responded to 11/30/05. Non expert discovery 1/15/06. Plaintiffs expert designation 2/15/06, defendants 3/15/06, rebuttal experts 4/15/06. Dispositive motions 5/15/06, responses 6/15/06. Jury Trial set for 10/2/2006 09:00 AM in Courtroom 4 before Judge Nathaniel M. Gorton. Pretrial Conference set for 8/17/2006 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Court Reporter none.) (Nicewicz, Craig) (Entered: 10/17/2005) |
| 08/24/2005 | 21 | AMENDED COMPLAINT *and Jury Trial Demand* against Fleet Bank Boston, filed by Jay Odunukwe.(Berger, Robert) (Entered: 08/24/2005) |
| 09/13/2005 | 22 | ANSWER to Amended Complaint *by Defendant Bank of America* by Fleet Bank Boston.(Kamm, Carol) (Entered: 09/13/2005) |
| 10/17/2005 | 23 | Judge Nathaniel M. Gorton : Electronic ORDER entered. REFERRING CASE to Alternative Dispute Resolution, to Senior Judge or Panel Member.(Nicewicz, Craig) (Entered: 10/17/2005) |
| 11/01/2005 | | Electronic Notice of assignment to ADR Provider. Magistrate Judge Robert B. Collings appointed. The Court will contact counsel with regard to scheduling.(Tyler, Rebecca) (Entered: 11/01/2005) |
| 01/05/2006 | 24 | NOTICE OF AND ORDER REGARDING MEDIATION set for 2/23/2006 10:30 AM in Courtroom 23 before Magistrate Judge Robert B. Collings. (Dolan, Kathleen) (Entered: 01/05/2006) |
| 02/23/2006 | 25 | REPORT of Alternative Dispute Resolution Provider. (Dolan, Kathleen) (Entered: 02/23/2006) |
| 02/23/2006 | | ElectronicClerk's Notes for proceedings held before Magistrate Judge Robert B. Collings : Settlement Conference held on 2/23/2006. (No Digital Recording) (Russo, Noreen) (Entered: 03/03/2006) |
| 05/15/2006 | 26 | MOTION for Summary Judgment by Fleet Bank Boston.(Kamm, Carol) (Entered: 05/15/2006) |
| 05/15/2006 | 27 | MEMORANDUM in Support re 26 MOTION for Summary Judgment filed by Fleet Bank Boston. (Attachments: # 1 Exhibit A)(Kamm, Carol) (Entered: 05/15/2006) |
| 05/15/2006 | 28 | STATEMENT of facts re 26 MOTION for Summary Judgment. (Kamm, Carol) (Entered: 05/15/2006) |

| | | |
|---|---|---|
| 05/15/2006 | 29 | AFFIDAVIT of Carol Kamm in Support re 26 MOTION for Summary Judgment filed by Fleet Bank Boston. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5)(Kamm, Carol) (Entered: 05/15/2006) |
| 06/14/2006 | 30 | Opposition re 26 MOTION for Summary Judgment w/ *Certificate of Service* filed by Jay Odunukwe. (Berger, Robert) Additional attachment(s) added on 6/15/2006 (Sonnenberg, Elizabeth). (Entered: 06/14/2006) |
| 06/14/2006 | 31 | Statement of Material Facts L.R. 56.1 re 26 MOTION for Summary Judgment w/ *Certificate of Service* filed by Jay Odunukwe. (Berger, Robert) (Entered: 06/14/2006) |
| 06/14/2006 | 32 | AFFIDAVIT *of Plaintiff* by Jay Odunukwe. (Berger, Robert) (Entered: 06/14/2006) |
| 06/14/2006 | 33 | AFFIDAVIT *of Joy I. Odunukwe* by Jay Odunukwe. (Berger, Robert) (Entered: 06/14/2006) |
| 07/26/2006 | | ELECTRONIC NOTICE OF RESCHEDULING Pretrial Conference set for 9/6/2006 03:30 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 07/26/2006) |
| 07/28/2006 | 34 | Letter regarding a schedule change date for a Pretrial conference Robert O. Berger. (Sonnenberg, Elizabeth) (Entered: 07/28/2006) |
| 08/18/2006 | 35 | Judge Nathaniel M. Gorton : ORDER entered. ORDER REASSIGNING CASE. Case reassigned to Judge Nancy Gertner for all further proceedings. Judge Nathaniel M. Gorton no longer assigned to case (Sonnenberg, Elizabeth) (Entered: 08/22/2006) |
| 08/24/2006 | | ELECTRONIC NOTICE of status conference :Status Conference set for 9/6/2006 02:30 PM in Courtroom 2 before Judge Nancy Gertner, to discuss trial date. (Molloy, Maryellen) (Entered: 08/24/2006) |
| 09/06/2006 | | ElectronicClerk's Notes for proceedings held before Judge Nancy Gertner : Status Conference held on 9/6/2006. Parties are encouraged to talk settlement. Final Pretrial Conference reset to 11/27/2006 02:30; Jury Trial reset to 12/4/2006 09:00 AM in Courtroom 2 before Judge Nancy Gertner. (Court Reporter none.) (Molloy, Maryellen) (Entered: 09/06/2006) |
| 10/11/2006 | | Judge Nancy Gertner : Electronic ORDER entered granting in part and denying in part 26 Motion for Summary Judgment. I GRANT summary judgment for the defendant on Counts I, III, and V of the Amended Complaint. None of the claims under the laws cited in those counts are applicable in the instant case. To the extent that Count II of the Amended Complaint brings a claim under G.L. c. 272 s.92A, summary judgment is GRANTED for the defendants. However, I construe Count II of the Amended Complaint to be bringing a claim under G.L. c. 272 s.98. I therefore DENY summary judgment on that Count, so construed, and allow the claim under G.L. c. 272 s.98 to proceed. I DENY summary judgment on Count IV of the Amended complaint. (Gertner, Nancy) |

| | | |
|---|---|---|
| | | (Entered: 10/11/2006) |
| 11/09/2006 | 36 | *Defendant's Rule 26(a)(3) Pretrial Disclosures re: Exhibit and* Witness List by Fleet Bank Boston. (Kamm, Carol) (Entered: 11/09/2006) |
| 11/10/2006 | 37 | Disclosure pursuant to Rule 26 by Jay Odunukwe.(Berger, Robert) (Entered: 11/10/2006) |
| 11/14/2006 | 38 | Disclosure pursuant to Rule 26 by Jay Odunukwe.(Berger, Robert) (Entered: 11/14/2006) |
| 11/20/2006 | 39 | PRETRIAL MEMORANDUM by Jay Odunukwe, Fleet Bank Boston. (Kamm, Carol) (Entered: 11/20/2006) |
| 11/27/2006 | | ElectronicClerk's Notes for proceedings held before Judge Nancy Gertner : Initial Pretrial Conference held on 11/27/2006. Jury trial cancelled until further notice, target trial date for 2/2007. Matter will be referred to Mag Judge Sorokin for mediation. (Court Reporter none.) (Molloy, Maryellen) (Entered: 12/01/2006) |
| 12/08/2006 | 40 | REFERRING CASE to Alternative Dispute Resolution.(Molloy, Maryellen) (Entered: 12/08/2006) |
| 12/11/2006 | | ELECTRONIC NOTICE of assignment to ADR Provider. U.S. Magistrate Judge Leo T. Sorokin appointed. The Court will contact counsel with regard to scheduling. (Franklin, Yvonne) (Entered: 12/11/2006) |
| 12/14/2006 | | NOTICE of ADR Conference; The Alternative Dispute Resolution Hearing has been set for 2/6/2007 09:30 AM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. Counsel and principals are directed to be present and have full settlement authority. A brief mediation memoranda should be submitted no later than five (5) days prior to the mediation and marked "Confidential - Not for Docketing". In the event that you believe the case is not ripe for mediation at this time, please notify opposing counsel and the court as soon as possible. If this date poses a conflict counsel are requested to file an assented to motion to continue the mediation date.(Simeone, Maria) (Entered: 12/14/2006) |
| 02/02/2007 | | ELECTRONIC NOTICE REGARDING MEDIATION:The mediation set for FEBRUARY 6, 2007 has been CANCELLED at the request of Plaintiff's counsel due to his trial schedule. The Court will contact counsel to reschedule the mediation. (Franklin, Yvonne) (Entered: 02/02/2007) |
| 02/22/2007 | | NOTICE of ADR Conference; The Alternative Dispute Resolution Hearing has been set for 3/20/2007 09:30 AM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. Counsel and principals are directed to be present and have full settlement authority. A brief mediation memoranda should be submitted no later than five (5) days prior to the mediation and marked "Confidential - Not for Docketing". In the event that you believe the case is not ripe for mediation at this time, counsel are to notify opposing counsel and the court as soon as possible. If this date |

| | | |
|---|---|---|
| | | poses a conflict, counsel are to notify opposing counsel and file an assented to motion to continue the mediation date as soon as possible. (Simeone, Maria) (Entered: 02/22/2007) |
| 03/21/2007 | 41 | Magistrate Judge Leo T. Sorokin : ORDER SCHEDULING SECOND MEDIATION SESSION; Accordingly, the Court will hold a further mediation session on March 27, 2007 at 3:00 p.m. in Courtroom 14. The Court hereby ORDERS each counsel and the Plaintiff to appear in person at the mediation at 3:00 p.m. Based upon counsel's request, the representative of the defendant may appear by telephone.(Simeone, Maria) Additional attachment(s) added on 3/22/2007 (Simeone, Maria). (Entered: 03/21/2007) |
| 03/28/2007 | 42 | REPORT of Alternative Dispute Resolution Provider. U.S. Magistrate Judge Leo T. Sorokin reports that case did not settle. Case should be restored to your trial list. (See attached report). (Franklin, Yvonne) (Entered: 03/28/2007) |
| 03/30/2007 | | ELECTRONIC NOTICE of status conference :STATUS CONFERENCE set for 5/30/2007 11:00 AM to set a trial date, conference to be held in Courtroom 2 before Judge Nancy Gertner.(Molloy, Maryellen) (Entered: 03/30/2007) |
| 05/30/2007 | | Electronic Clerk's Notes for proceedings held before Judge Nancy Gertner : Atty Berger, Atty Randall and Atty Kamm present.Final Pretrial Conference held on 5/30/2007. Jury Trial set for 9/4/2007 09:00 AM in Courtroom 2 before Judge Nancy Gertner. 1 week anticipated for jury trial, mtn in limine to be filed by 7/2/07.(Court Reporter none.) (Molloy, Maryellen) (Entered: 05/30/2007) |
| 06/28/2007 | 43 | MOTION in Limine *Regarding Punitive Damages* by Fleet Bank Boston. (Kamm, Carol) (Entered: 06/28/2007) |
| 06/28/2007 | 44 | MOTION in Limine *to preclude admission of MCAD Investigation Fact Sheet* by Fleet Bank Boston. (Attachments: # 1 Exhibit 1)(Kamm, Carol) (Entered: 06/28/2007) |
| 07/09/2007 | 45 | Opposition re 43 MOTION in Limine *Regarding Punitive Damages* filed by Jay Odunukwe. (Berger, Robert) (Entered: 07/09/2007) |
| 07/31/2007 | 46 | MOTION for Extension of Time to September 10, 2007 to Commence Trial by Fleet Bank Boston.(Kamm, Carol) (Entered: 07/31/2007) |
| 08/09/2007 | | Judge Nancy Gertner : Electronic ORDER entered Granting 46 Motion for Extension of Time: Jury Trial reset to 11/5/2007 09:00 AM; Pretrial Conference reset to 10/24/2007 02:45 PM in Courtroom 2 before Judge Nancy Gertner. (Molloy, Maryellen) (Entered: 08/09/2007) |
| 09/21/2007 | | Judge Nancy Gertner : Electronic ORDER entered granting 43 Motion in Limine Regarding Punitive Damages by Fleet Bank Boston; granting 44 Motion in Limine to preclude admission of MCAD Investigation Fact Sheet by Fleet Bank Boston. (Gaudet, Jennifer) (Entered: 09/21/2007) |
| 10/23/2007 | 47 | Proposed Jury Questions by Jay Odunukwe. (Berger, Robert) (Entered: |

| | | |
|---|---|---|
| | | 10/23/2007) |
| 10/24/2007 | 48 | Proposed Voir Dire by Fleet Bank Boston. (Kamm, Carol) (Entered: 10/24/2007) |
| 10/24/2007 | | Electronic Clerk's Notes for proceedings held before Judge Nancy Gertner : Atty Kamm, Atty Randall and Atty Berger and Plf present.Final Pretrial Conference held on 10/24/2007.Jury Trial reset for 11/26/2007 09:00 AM in Courtroom 2 before Judge Nancy Gertner. (NOTE: parties will be on call for trial)(Court Reporter none.) (Molloy, Maryellen) (Entered: 10/26/2007) |
| 11/12/2007 | 49 | Proposed Jury Instructions by Jay Odunukwe. (Berger, Robert) (Entered: 11/12/2007) |
| 11/13/2007 | | Electronic Clerk's Notes for proceedings held before Judge Nancy Gertner : Atty Berger, Atty Kamm & Atty Randall & Mr. Odunukwe present.Jury Trial DAY 1 (MON) held on 11/13/2007. 8 Juror's selected, jury to be sworn on Wed 11/14/07. Openings and evidence to begin on Wed 11/14/07 at 8:30AM. (Court Reporter Dahlstrom.) (Molloy, Maryellen) (Entered: 11/13/2007) |
| 11/13/2007 | 50 | *Joint* Exhibit List by Jay Odunukwe, Fleet Bank Boston.. (Randall, Donn) (Entered: 11/13/2007) |
| 11/13/2007 | 51 | Proposed Jury Instructions by Fleet Bank Boston. (Randall, Donn) (Entered: 11/13/2007) |
| 11/13/2007 | 52 | *Defendant's Proposed* Exhibit List by Fleet Bank Boston.. (Randall, Donn) (Entered: 11/13/2007) |
| 11/14/2007 | | Electronic Clerk's Notes for proceedings held before Judge Nancy Gertner : Atty Berger, Atty Kamm, Atty Randall and Mr. Odunukwe present. Jury Trial DAY 2 (WED) held on 11/14/2007. 8 Juror's sworn, opendings and evidence begins. Plf calls 1st witness-Jay Odunukwe; Joy Odunukwe; Orfalina El-Alan; Pam Martin; Marybeth Nance; Jean Brennan; Paula Curtis; Linda Tossot. Plf Rests, Dft Rests. Dft moves for Rule 29 Mtn-Denied in open court. Closing agruments begins, Charge to the Jury, Deliberations begins. All exh's stipulated on the record, Exhibits to Jury Room. VERDICT RETURNED; JGM FOR THE DEFENDANT, Jury excused, all exhibits returned to counsel, court adjourned. (Court Reporter O'Hara.) (Molloy, Maryellen) (Entered: 11/15/2007) |
| 11/14/2007 | 55 | JURY VERDICT in favor of defendant against plaintiff. (Gaudet, Jennifer) (Entered: 12/07/2007) |
| 11/15/2007 | 53 | Judge Nancy Gertner: ORDER entered. JUDGMENT in favor of Defendant against Plaintiff.(Molloy, Maryellen) (Entered: 11/15/2007) |
| 11/15/2007 | 54 | MOTION for Judgment as a Matter of Law by Fleet Bank Boston. (Randall, Donn) (Entered: 11/15/2007) |
| 11/15/2007 | | Judge Nancy Gertner: Electronic ORDER entered terminating 54 Motion for Judgment as a Matter of Law. (Gaudet, Jennifer) (Entered: |

|            |      |                                                                                                                                                                                                                                                                                                                                                                        |
|------------|------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |      | 11/16/2007)                                                                                                                                                                                                                                                                                                                                                               |
| 12/07/2007 | 56   | MOTION for Leave to Proceed in forma pauperis by Jay Odunukwe. (Sonnenberg, Elizabeth) (Entered: 12/17/2007)                                                                                                                                                                                                                                                               |
| 12/07/2007 | 57   | NOTICE OF APPEAL as to 53 Judgment by Jay Odunukwe NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 12/27/2007. (Sonnenberg, Elizabeth) (Entered: 12/17/2007) |
| 12/21/2007 | 58   | Opposition re 56 MOTION for Leave to Proceed in forma pauperis filed by Fleet Bank Boston. (Randall, Donn) (Entered: 12/21/2007)                                                                                                                                                                                                                                           |
| 12/27/2007 | 59   | MOTION to Withdraw as Attorney by Jay Odunukwe.(Berger, Robert) (Entered: 12/27/2007)                                                                                                                                                                                                                                                                                      |
| 12/27/2007 | 60   | Judge Nancy Gertner: ORDER entered denying 56 Motion for Leave to Proceed in forma pauperis. This ruling does not preclude plaintiff from filing a motion to proceed in forma pauperis in the Court of Appeals, provided he does so pursuant to Fed. R. App. P. 24(a)(5). The Clerk shall transmit this Order to the First Circuit Court of Appeals. (PSSA, 4) (Entered: 01/02/2008) |
| 01/02/2008 |      | Judge Nancy Gertner: Electronic ORDER entered denying 59 Motion to Withdraw as Attorney. "The Motion to Withdraw is DENIED without prejudice. The filing of a Notice of Appeal divests this Court of jurisdiction to rule on matters related to the appeal. See, e.g., United States v. Distasio, 820 F.2d 20, 23 (1st Cir. 1987). Counsel should renew the request before the First Circuit." (Gaudet, Jennifer) (Entered: 01/02/2008) |