**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---

USCA Docket Number: 08-1031

USDC Docket Number : 05-cv-10324

Jay Odunukwe

v.

Fleet Bank Boston

---

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:  Filing Fee Paid Receipt

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 13, 2008.

Sarah A. Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: __2/13/08__ .

_/s/ Barchard_____
Deputy Clerk, US Court of Appeals

- 3/06